[No. 29018-5-I.   Division One.   May 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN
HEATH, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 90-1-01470-8, Robert C. Bibb, J., entered
August 16, 1991. *Affirmed* by unpublished per curiam opin-
ion.

[Nos. 28662-5-I; 29002-9-I.   Division One.   May 17, 1993.]

*In the Matter of the Marriage of* MARILYN M. PEPPARD,
*Appellant, and* DAVID A. PEPPARD,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 89-3-05257-5, Patricia H. Aitken, J., entered
July 11, 1991. *Remanded* by unpublished opinion per Schol-
field, J., concurred in by Grosse and Kennedy, JJ.

[No. 14022-5-II.   Division Two.   May 18, 1993.]

ROBERT E. HALL, JR., *Appellant*, v. KITSAP COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 88-2-01538-6, William E. Howard, J., entered
May 29, 1990. *Affirmed* by unpublished opinion per Petrich,
J. Pro Tem., concurred in by Seinfeld, A.C.J., and Morgan,
J.

[No. 14523-5-II.   Division Two.   May 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA LEA
NEWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-02096-9, Robert H. Peterson, J., entered
December 12, 1990. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Alexander, C.J., and Morgan, J.